**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MEHMET KAHVECI<br><br>    Plaintiff,<br> v.<br><br>KIBAR HOLDING A.S. and KIBAR DIS TICARET A.S.<br><br>    Defendant. | Civil Action No. 12-cv-11748-DJC |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

 Please be advised that the undersigned appears as counsel for Plaintiff, Mehmet Kahveci.

Dated:  May 13, 2013     Respectfully submitted,

               MEHMET KAHVECI,

               By his Attorney,

                /s/  John L. Welch
               John L. Welch (BBO No. 522040)
               LANDO & ANASTASI, LLP
               Riverfront Office Park
               One Main Street, 11th Floor
               Cambridge, MA  02142
               Telephone:  (617) 395-7000
               Facsimile:  (617) 395-7070
               jwelch@lalaw.com
               emailservice@lalaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing NOTICE OF APPEARANCE was filed through the ECF system and will be sent electronically to the registered participants this 13th day of May 2013.


Dated:  May 13, 2013                      /s/  John L. Welch
                                                  John L. Welch

1614093.1