UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEHMET KAHVECI<br><br>　　　　　Plaintiff,<br>　v.<br><br>KIBAR HOLDING A.S. and KIBAR DIS TICARET A.S.<br><br>　　　　　Defendant. | Civil Action No. 12-cv-11748-DJC |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

　　Please be advised that the undersigned appears as counsel for Plaintiff, Mehmet Kahveci.


Dated:  May 13, 2012　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MEHMET KAHVECI.,

　　　　　　　　　　　　　　　　　　　By his Attorney,

　　　　　　　　　　　　　　　　　　　 /s/  Ann Lamport Hammitte
　　　　　　　　　　　　　　　　　　　Ann Lamport Hammitte (BBO No. 553263)
　　　　　　　　　　　　　　　　　　　LANDO & ANASTASI, LLP
　　　　　　　　　　　　　　　　　　　Riverfront Office Park
　　　　　　　　　　　　　　　　　　　One Main Street, 11th Floor
　　　　　　　　　　　　　　　　　　　Cambridge, MA  02142
　　　　　　　　　　　　　　　　　　　Telephone:  (617) 395-7000
　　　　　　　　　　　　　　　　　　　Facsimile:  (617) 395-7070
　　　　　　　　　　　　　　　　　　　ahammitte@lalaw.com
　　　　　　　　　　　　　　　　　　　emailservice@lalaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing NOTICE OF APPEARANCE was filed through the ECF system and will be sent electronically to the registered participants this 13th day of May 2013.

Dated:  May 13, 2013　　　　　　　　　　/s/  Ann Lamport Hammitte  
　　　　　　　　　　　　　　　　　　　　Ann Lamport Hammitte

1613965.1